# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00719-CV

**Arlene Fontenot and Robert Fontenot, Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF SAN SABA COUNTY, 33RD JUDICIAL DISTRICT
### NO. 8661, HONORABLE GUILFORD L. JONES III, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Arlene Fontenot and Robert Fontenot filed a notice of appeal on December 18, 2007. The district clerk notified this Court that appellants have neither paid, nor made payment arrangements for the clerk's record. By letter of January 15, 2008, this Court notified appellants that they needed to submit a status report concerning the appeal by January 25, 2008, or the appeal would be dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(d). To date, appellants have not responded. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed for Want of Prosecution

Filed:  February 8, 2008